# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 9, 2025

Before

**CANDACE JACKSON-AKIWUMI**, *Circuit Judge*

**DORIS L. PRYOR**, *Circuit Judge*

**NANCY L. MALDONADO**, *Circuit Judge*

| No. 24-1626 | THOMAS ANDERSON, et al., Plaintiffs - Appellants v. UNITED AIRLINES, INC., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00989 Northern District of Illinois, Eastern Division District Judge Matthew F. Kennelly | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)